IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIMLESH DUTT,

    Petitioner,                        No. CIV S-06-1571 DFL DAD P

    vs.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.             ORDER

/

        Petitioner, a lawful permanent resident of the United States detained by the Bureau of Immigration and Customs Enforcement ("BICE") pursuant to an automatic stay of an immigration judge's decision granting bail, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

        By order filed July 21, 2006, petitioner was directed to pay the required filing fee or submit an application to proceed in forma pauperis. Examination of the in forma pauperis application filed on July 31, 2006, reveals that petitioner is unable to afford the costs of this suit. Accordingly, petitioner's application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

/////

/////

1

In light of the complexity of the legal issues raised in petitioner's habeas petition, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B). See also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 31, 2006 application to proceed in forma pauperis is granted.

2. The Federal Defender is appointed to represent petitioner, and the docket for this case shall reflect that Ann McClintock, Assistant Federal Defender, is petitioner's attorney of record for purposes of service at the present time.

3. The Clerk of the Court is directed to serve this order with a copy of the petition for writ of habeas corpus filed by petitioner on July 17, 2006, upon Ann McClintock and the United States Attorney for the Eastern District of California.

4. Respondents shall serve and lodge a certified copy of the BICE's administrative file for Vimlesh Dutt, A29232593, no later than thirty days after this order is served.

5. Within thirty days after petitioner's administrative file is served and lodged, the parties shall propose a briefing schedule by lodged stipulation and order.

6. A status conference will be set before the undersigned upon written request by any party.

DATED: August 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
dutt1571.110ins

2