IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIMLESH DUTT,

        Petitioner,                      No. CIV S-06-1571 DFL DAD P

      vs.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

        Respondents.              <u>ORDER</u>

        Respondents have moved to dismiss petitioner's habeas petition for mootness due to petitioner's removal to Fiji on August 31, 2006. Petitioner's counsel has filed a notice of non-opposition to respondents' motion. Accordingly, IT IS HEREBY ORDERED that respondents' September 6, 2006 motion to dismiss is granted, the petition is dismissed as moot, and the Clerk of the Court is directed to close this case.

DATED: September 12, 2006.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:13
dutt1571.159